UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WESLEY MARTYNEC,<br><br>Defendant. | No. 2:22-cv-07211-DSF<br>[CR 14-0489-DSF]<br><br>**ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT**<br>**[28 U.S.C. § 3205(c)(1)]**<br><br>**and**<br><br>**ORDER TO ISSUE CLERK'S NOTICE OF CONTINUING GARNISHMENT**<br>**[28 U.S.C. § 3202(b)]**<br><br>**[OBEY IMAGING SUPPLIES, INC.]** |

The Court, having considered the application of plaintiff United States of America for an order directing the Clerk of the Court to issue a writ of continuing garnishment and a clerk's notice of continuing garnishment against defendant-judgment debtor John Wesley Martynec ("Defendant"), for nonexempt disposable earning paid by garnishee Obey Imaging Supplies, Inc. ("Garnishee"), and it appearing to the Court that the issuance of such is proper under the circumstances of this case, IT IS ORDERED that:

(1) The Clerk shall issue a writ of continuing garnishment with respect to Garnishee; and

(2) The Clerk shall issue a clerk's notice of continuing garnishment to Defendant by signing the forms submitted by the United States.

IT IS SO ORDERED.

DATED: October 7, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1